# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>TANGO NETWORKS, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. 6:12-cv-00177-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff Klausner Technologies, Inc.'s Notice of Voluntary Dismissal Without Prejudice. Having considered the Notice, and finding that good cause exists and the relief sought is justified, it is hereby

ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant Tango Networks, Inc. is DISMISSED without prejudice.

**So ORDERED and SIGNED this 10th day of April, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**